UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DORREL ANTHONY BRYAN, )
)
Plaintiff, )
)
v. ) Case No. CV305-084
)
CORRECTIONS CORPORATION )
OF AMERICA, et al., )
)
Defendants. )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of this Court. Therefore, pursuant to 42 U.S.C. § 1997e, this case is **DISMISSED** without prejudice and this civil action is **CLOSED**.

SO ORDERED this 18th day of November, 2005.

JOHN F. NANGLE
UNITED STATES DISTRICT JUDGE